**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| Intrastate Distributors, Inc. | : | |
| Plaintiff | : | Civil Action 2:10-cv-952 |
| v. | : | Judge Marbley |
| C-B Beverage Corporation, *et al.*, | : | Magistrate Judge Abel |
| Defendants. | : | |

### JUDGMENT IN A CIVIL CASE

[] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

> IT IS ORDERED AND ADJUDGED That pursuant to the January 10, 2011 Order Closing Case, the Court was ORDERED to close this case as having been opened through inadvertence or mistake, as the action at bar was removed to the United States Bankruptcy Court for the Southern District of Ohio, where it is being adjudicated.

Date: **January 10, 2011**          **James Bonini, Clerk**


                                       s/Betty L. Clark
                                    Betty L. Clark/Deputy Clerk